UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONOR SULLIVAN, | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO.: 1:20-cv-11716-IT |
| BACKCOUNTRY.COM, LLC, and SALEWA NORTH AMERICA, LLC | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Conor Sullivan, and the defendants, Backcountry.com, LLC, and Salewa USA, LLC (collectively "the defendants") hereby stipulate that all claims brought against the defendants be dismissed with prejudice, without costs, and with all rights of appeal waived.

| CONOR SULLIVAN | BACKCOUNTRY.COM, LLC and SALEWA USA, LLC |
|---|---|
| By his Attorneys, | By their Attorneys, |
| DONOHUE & ASSOCIATES | CAMPBELL CONROY & O'NEIL, P.C. |
| /s/ Joseph R. Donohue | /s/ Trevor J. Keenan |
| Joseph R. Donohue (BBO #547320)<br>Shipway Place, Unit C-2<br>Boston, MA 02129<br>Tel: (508) 641-8848<br>jrdonohuelaw@gmail.com | James M. Campbell (BBO #541882)<br>Trevor J. Keenan (BBO #652508)<br>1 Constitution Wharf, Suite 310<br>Boston, MA 02129<br>Tel: (617) 241-3000<br>jmcampbell@campbell-trial-lawyers.com<br>tkeenan@campbell-trial-lawyers.com |

## **CERTIFICATE OF SERVICE**

      On May 5, 2022, I, Trevor J. Keenan, filed electronically and served by mail on anyone unable to accept electronic filing the foregoing document. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              */s/ Trevor J. Keenan*
                              Trevor J. Keenan